THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTANDER BANK, N.A.,<br><br>           Plaintiff,<br><br>   v.<br><br>TERRENCE SCOTT TWYFORD, JR., *in personam*, and the vessel EXECUTIVE DECISION (O.N. 1200762), *in rem*,<br><br>           Defendants. | IN ADMIRALTY<br><br>No.: C11-1256 RSM<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff, Santander Bank, N.A., gives notice that the parties have reached an agreement in principle to settle all remaining claims. A draft settlement agreement has been prepared and is under review. We anticipate filing a stipulated motion to dismiss all remaining claims within the next week.

      DATED this 29th day of August 2014 at Seattle, Washington.

NICOLL BLACK & FEIG, PLLC

   /s/ Jeremy B. Jones
Christopher W. Nicoll, WSBA No. 20771
Jeremy B. Jones, WSBA No. 44138
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1
(C11-1256 RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael C. Malnati
>REED LONGYEAR MALNATI & AHRENS, PLLC
>801 2nd Avenue, Suite 1415
>Seattle, WA 98104-1517
>(206) 624-6271 telephone
>(206) 624-6672 facsimile
>mmalnati@rlmalaw.com
>
>Shane C. Carew
>Shane Carew P.S.
>5450 California Avenue S.W., Suite 101
>Seattle, WA 98136
>(206) 587-0590 telephone
>(206) 587-2388 facsimile
>shane@carewlaw.com

Dated this 29th day of August, 2014.

>NICOLL BLACK & FEIG PLLC
>
>  /s/ Jeremy B. Jones
>Jeremy B. Jones, WSBA No. 44138
>Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 2
(C11-1256 RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555