THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOVEREIGN BANK,<br><br>            Plaintiff,<br><br>    v.<br><br>TERRENCE SCOTT TWYFORD, JR., *in personam*, and the vessel EXECUTIVE DECISION (O.N. 1200762), *in rem*,<br><br>            Defendants. | IN ADMIRALTY<br><br>No.: C11-1256 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties hereto, by and through their undersigned counsel of record, the *in rem* claims asserted in this action having been fully resolved,[1] hereby stipulate and agree that the remaining *in personam* claims which have been asserted in this action by plaintiff Santander Bank[2] against defendant Terrence Scott Twyford, Jr., have been settled and shall be dismissed with prejudice and without costs to any party.

The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

Dated this 4th day of September, 2014.

---

[1] See Dkt. #57.

[2] See Dkt. #61.

STIPULATION AND ORDER OF DISMISSAL – 1
(C11-1256 RSM)

| | |
|---|---|
| NICOLL BLACK & FEIG PLLC | SHANE CAREW P.S. |
| */s/ Jeremy B. Jones*_____ | *Per E-Mail Authority*_____ |
| Christopher W. Nicoll, WSBA #20771 | Shane C. Carew, WSBA #10988 |
| Jeremy B. Jones, WSBA #44138 | 5450 California Ave. SW, Suite 101 |
| 1325 Fourth Ave., Suite 1650 | Seattle, WA 98136 |
| Seattle, WA 98101 | Phone: 206-587-0590 |
| Phone: 206-838-7968 | Attorney for Defendants |
| Attorneys for Plaintiff | |

# ORDER

Based upon the foregoing stipulated motion, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by plaintiff Santander Bank against defendant Terrence Scott Twyford, Jr. which have been asserted in this action are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 8 day of September 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**Presented by:**

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*_____
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA #44138
Attorneys for Plaintiff

**Received; Approved as to Form:**

SHANE CAREW P.S.

*Per E-Mail Authority*_____
Shane C. Carew, WSBA #10988
5450 California Ave. SW, Suite 101
Seattle, WA 98136
Phone: 206-587-0590
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL – 2
(C11-1256 RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555